

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2019

No. 04-19-00084-CR

Gabriel **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7552
Honorable Ron Rangel, Judge Presiding

# O R D E R

On July 31, 2019, we abated this appeal, remanded the cause to the trial court, and ordered the trial court to conduct an abandonment hearing by August 21, 2019. *See* TEX. R. APP. P. 38.8(b)(2). We further ordered the trial court clerk and court reporter to file supplemental records on or before August 30, 2019.

On August 29, 2019, the trial court clerk filed a supplemental clerk's record containing a letter from the Honorable Ron Rangel. Judge Rangel requests an extension until October 4, 2019 to comply with our July 31, 2019 order.

After consideration, we **GRANT** the request and **ORDER** the trial court to conduct an abandonment hearing **by October 4, 2019.** We further **ORDER** the trial court clerk and court reporter to file in this court, **on or before October 14, 2019,** (1) a supplemental clerk's record containing the trial court's written findings of fact, conclusions of law, and recommendations addressing the issues outlined in our July 31, 2019 order; and (2) a reporter's record of the hearing. *See id*. R. 38.8(b)(3).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court